# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   11-M- *1084* |
| JOHN CRANDALL | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOHN CRANDALL                                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Between on or about July 24, 2011 and continuing until on or about August 4, 2011,  the defendant violated Title 18,
   United States Code, Section 2422(b), in attempting to use interstate facilities to persuade, induce, entice and coerce an
   individual who has not attained the age of 18 to engage in in sexual activity for which any person can be charged with a
   criminal offense.

Date:  _8/4/11_

   _____
            *Issuing officer's signature*

City and state:   Buffalo, New York

   Jeremiah J. McCarthy, U.S. Magistrate Judge
            *Printed name and title*

| Return |
|---|
|    This warrant was received on *(date)*  _8/4/11_   , and the person was arrested on *(date)*  _8/4/11_ <br> at *(city and state)*  _Great Valley, NY_   . <br><br> Date:  _8/5/11_          _____ <br>                                                 *Arresting officer's signature* <br><br>           James Markovich   Special Agent, FBI <br>                                                 *Printed name and title* |